HOWARD M. GARFIELD, State Bar #43369
BETH A. TRITTIPO, State Bar #215622
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
Email:  hgarfield@longlevit.com
  btrittipo@longlevit.com

Attorneys for Defendants MONITOR LIABILITY MANAGERS, INC. and CAROLINA CASUALTY INSURANCE COMPANY and Counterclaimant CAROLINA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE NAMES PROJECT FOUNDATION,<br><br>Plaintiff,<br><br>vs.<br><br>MONITOR LIABILITY MANAGERS, INC., CAROLINA CASUALTY INSURANCE COMPANY, and DOES 1 to 10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE No. C 07-00442 CRB<br><br>**SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER**<br><br>Date: November 2, 2007<br>Time: 8:30 a.m.<br>Dept.: Courtroom 8, 19th Fl.<br>Judge: Hon. Charles R. Breyer<br><br>Action Filed:     September 29, 2006<br>Action Removed:  January 23, 2007 |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

//

//

SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER -- CASE NO. C 07-00442 CRB

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

**DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

1. The following progress or changes have occurred since the last case management statement filed by the parties:

The parties and counsel appeared for mediation before Jo Hoenninger on October 11, 2007. The parties did not resolve their dispute at that time. However, the parties agreed to conduct a second day of mediation before Ms. Hoenninger to take place within 4-6 weeks of the initial date of mediation.

2. The parties jointly request the Court to make the following Supplemental Case Management Order:

The parties request that the Court schedule a Continued Status Conference for early January 2008.

Dated: October 23, 2007					LONG & LEVIT LLP

								By  [signature]
								HOWARD M. GARFIELD
								BETH A. TRITTIPO
								Attorneys for Defendants MONITOR
								LIABILITY MANAGERS, INC. and
								CAROLINA CASUALTY
								INSURANCE COMPANY and
								Counterclaimant CAROLINA
								CASUALTY INSURANCE COMPANY

Dated: October 23, 2007					KAUFF McCLAIN & McGUIRE LLP

								By      /S/
								CHARLES L. THOMPSON
								MATTEHW P. VANDALL
								Attorneys for Plaintiff
								THE NAMES PROJECT
								FOUNDATION

//
//
//
//

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER -- CASE NO. C 07-00442 CRB

## SIGNATURE ATTESTATION

I hereby attest that I obtained concurrence in the filing of this document from each of the signatories.

Dated: October 23, 2007

LONG & LEVIT LLP

By _____
HOWARD M. GARFIELD
BETH A. TRITTIPO
Attorneys for Defendants MONITOR LIABILITY MANAGERS, INC. and CAROLINA CASUALTY INSURANCE COMPANY and Counterclaimant CAROLINA CASUALTY INSURANCE COMPANY

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER -- CASE NO. C 07-00442 CRB

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby adopted by the court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the court orders:

Case Management Conference set for January 11, 2008 at 8:30 a.m..  The case management statement due January 4, 2008.

Dated: Nov. 01, 2007 .

United States Judge Charles R. Breyer



LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER -- CASE NO. C 07-00442 CRB