HOWARD M. GARFIELD, State Bar #43369
BETH A. TRITTIPO, State Bar #215622
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: hgarfield@longlevit.com
btrittipo@longlevit.com

Attorneys for Defendants MONITOR LIABILITY
MANAGERS, INC. and CAROLINA CASUALTY
INSURANCE COMPANY and Counterclaimant
CAROLINA CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE NAMES PROJECT FOUNDATION,<br><br>Plaintiff,<br><br>vs.<br><br>MONITOR LIABILITY MANAGERS, INC., CAROLINA CASUALTY INSURANCE COMPANY, and DOES 1 to 10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE No. C 07-00442 CRB<br><br>~~SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED~~ ORDER<br><br>Date: January 11, 2008<br>Time: 8:30 a.m.<br>Dept.: Courtroom 8, 19th Fl.<br>Judge: Hon. Charles R. Breyer<br><br>Action Filed: September 29, 2006<br>Action Removed: January 23, 2007 |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled in this case and jointly submit this Supplemental Case Management Statement and Proposed Order and request the Court to adopt it as a Supplemental Case Management Order in this case.

//

//

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER -- CASE NO. C 07-00442 CRB

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. The following progress or changes have occurred since the last case management statement filed by the parties:

The parties and counsel have appeared for mediation before Jo Hoenninger. The parties did not resolve their dispute at that time. However, the parties agreed to continue the mediation before Ms. Hoenninger to take place on January 24, 2008.

2. The parties jointly request the Court to make the following Supplemental Case Management Order:

The parties request that the Court schedule a Continued Status Conference for early March 2008.

Dated: January 10, 2008

LONG & LEVIT LLP

By  /s/ Chip Cox
CHIP COX
BETH A. TRITTIPO
Attorneys for Defendants MONITOR LIABILITY MANAGERS, INC. and CAROLINA CASUALTY INSURANCE COMPANY and Counterclaimant CAROLINA CASUALTY INSURANCE COMPANY

Dated: January 10, 2008

KAUFF McCLAIN & McGUIRE LLP

By  /s/
CHARLES L. THOMPSON
MATTHEW P. VANDALL
Attorneys for Plaintiff
THE NAMES PROJECT FOUNDATION

//
//
//
//

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER -- CASE NO. C 07-00442 CRB

## SIGNATURE ATTESTATION

I hereby attest that I obtained concurrence in the filing of this document from each of the signatories.

Dated: January 10, 2008        LONG & LEVIT LLP

By _____Chip Cox_____
CHIP COX
BETH A. TRITTIPO
Attorneys for Defendants MONITOR LIABILITY MANAGERS, INC. and CAROLINA CASUALTY INSURANCE COMPANY and Counterclaimant CAROLINA CASUALTY INSURANCE COMPANY

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

## CASE MANAGEMENT ORDER

The Case Management Statement and Proposed Order is hereby set for March 7, 2008 at 8:30 a.m. and the Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the court orders:

Dated: Jan. 10, 2008.

_____
United States Judge Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

4

SUPPLEMENTAL CASE MANAGEMENT STATEMENT AND PROPOSED ORDER -- CASE NO. C 07-00442 CRB