1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   THE NAMES PROJECT FOUNDATION,            No. C 07-00442 CRB

11            Plaintiff,                      **ORDER OF DISMISSAL**

12        v.

13   MONITOR LIABILITY MANAGERS INC.,

14            Defendant.
                                            /
15

16        The parties hereto, by their counsel, having advised the Court that they have agreed to a

17   settlement of this case,

18        IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,

19   however, that if any party hereto shall certify to this Court, within thirty days, with proof of service

20   of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been

21   delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to

22   the calendar to be set for trial.

23

24   Dated: January 30, 2008

                                            CHARLES  R. BREYER
25                                          UNITED STATES DISTRICT JUDGE

26
27
28